# CAUSE NO. <u>DC-14-03874</u>

| | |
|---|---|
| **LAN HUNG NGUYEN; U.S. REALTY, 87 DALLAS ASSOCIATES LTD PARTNERS; Phuc Ngo; Ken Nguyen,     Plaintiff(s),** | **IN THE DISTRICT COURT** FILED IN COURT OF APPEALS<br>DALLAS, TEXAS<br>3/20/2015 10:36:46 AM<br>LISA MATZ<br>Clerk |
| **VS.** | **134TH JUDICIAL DISTRICT** |
| **VERP INVESTMENT, LLC; DUONG VU TRIEU TRUONG; CHI LY; KEN NGUYEN; CD MIDWAY LLC; Jason Nguyen,     Defendant(s).** | **DALLAS COUNTY, TEXAS** |

## <u>ORDER VACATING THE TRIAL COURT'S ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL OF OCTOBER 27, 2014</u>

Pursuant to the Order of the Court of Appeals, Fifth District of Texas, at Dallas, dated the 17th day of February, 2015; this Court's order of the 27th day of October, 2014 is vacated.

IT SO ORDERED.

SIGNED on  <u>March 19, 2015</u> .

_____
Dale B. Tillery, Presiding
Judge, 134th Judicial District Court

STATE OF TEXAS ⎤
COUNTY OF DALLAS ⎦

I, FELICIA PITRE, Clerk of the District Courts of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears of record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this _____ day of _____. A.D., 2015

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _____ Deputy

